425 A.2d 27

Nielsen, Appellant v. Nielsen.

Submitted March 23, 1979. Robert S. Bennett, Jr., for appellant; Gary S. Nielsen, appellee, in propria persona.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Order affirmed.

425 A.2d 27

Red Arrow Industries Inc. v. Septa, Appellant.
Reargument Denied March 27, 1980.

Argued September 11, 1979. Lewis H. Van Dusen, Jr., for appellant; F. Harry Spiess, Jr., for appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.